SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT CAULEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOJITOS MARTIN, LLC;<br>INGLEWOOD CENTER, L.P.; and<br>DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:23-cv-10325-SPG (KESx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff ROBERT CAULEY ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 7, 2024                    **SO. CAL EQUAL ACCESS GROUP**

                                                                                       */s/ Jason J. Kim*
                                                                                       JASON J. KIM
                                                                                       Attorney for Plaintiff